```
UNITED STATES DISTRICT COURT
            FILED
        June 22, 2000
EASTERN DISTRICT OF LOUISIANA
        Loretta G. Whyte
             Clerk
```

MINUTE ENTRY
DUVAL, J.
June 22, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDIRA NETHERLANDS B.V.                CIVIL ACTION

VERSUS                                 NO: 00-214

PALMYRA MV, ET AL                      SECTION: "K"(5)

# CALL DOCKET

The above-captioned matter was filed on January 24, 2000. There is no record of service on or appearance by defendants, Harren Palmyra, Henrich P, Harren & Partner Schiffahrts GMBH & Co., Leisure Shipping. Accordingly,

IT IS ORDERED that plaintiff shall show cause on or before July 21, 2000, by written memorandum or motion, as is appropriate, why these persons should not be dismissed for plaintiff's failure to serve within 120 days of filing the complaint as required under Fed. R. Civ. P. 4(m), Accordingly,

**FAILURE TO COMPLY WITH THIS MINUTE ENTRY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.**



DATE OF ENTRY
JUN 2 7 2000

___Fee___
___Process___
___Docket___
___CtRm Dep___
___Document No___

DATE OF ENTRY: _____