

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 29 PM 3:42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDIRA MIDWEST USA, INC. | CIVIL ACTION |
| VERSUS | NO. NO. 01-0126 c/w 00-0214 |
| M/V PALMYRA, her engines, tackle, apparel, etc., *in rem*, PALMYRA, HEINRICH P., HARREN & PARTNER SCHIFFAHRTS GmBH & CO. and LEISURE SHIPPING A/S, *in personam* | SECTION "K" (5)<br><br>JUDGE: STANWOOD R. DUVAL, JR.<br>MAGISTRATE: ALMA L. CHASEZ |

### JOINT MOTION AND ORDER OF DISMISSAL

NOW COMES plaintiff, Andira Midwest USA, Inc., and Harren & Partner Schiffahrts GmBH & Co., defendant and claimant of M/V PALMYRA, *in rem*, and Leisure Shipping A/S, through undersigned counsel, and move this Honorable Court for dismissal, as of compromise, with prejudice.

Respectfully submitted:

THE O'NEIL GROUP, L.L.C.

WILLIAM E. O'NEIL (#10213)
ALANSON T. CHENAULT (#20747)
2250 Energy Centre

DATE OF ENTRY
FEB 0 6 2002

1100 Poydras Street
New Orleans, LA 70163
Telephone: 504/525-3200
FAX: 504/539-5066
Attorneys for Plaintiff

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
JANET WESSLER MARSHALL, #8953
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Fax: 504/524-3257
Attorneys for Harren & Partner Schiffahrts GmBH &
Co., defendant and claimant of M/V PALMYRA,
*in rem*, and Leisure Shipping A/S, defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by hand, by facsimile and/or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 29th day of January, 2002.

_____
JANET WESSLER MARSHALL, #8953

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDIRA MIDWEST USA, INC. | CIVIL ACTION |
| VERSUS | NO. NO. 01-0126 c/w 00-0214 |
| M/V PALMYRA, her engines, tackle, apparel, etc., *in rem*, PALMYRA, HEINRICH P., HARREN & PARTNER SCHIFFAHRTS GmBH & CO. and LEISURE SHIPPING A/S, *in personam* | SECTION "K" (5)  JUDGE: STANWOOD R. DUVAL, JR.  MAGISTRATE: ALMA L. CHASEZ |

### ORDER

Considering the foregoing motion;

IT IS ORDERED, ADJUDGED and DECREED that the above entitled and numbered action be and the same is hereby dismissed, as of compromise, with prejudice.

New Orleans, Louisiana, this 5th day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

-3-